IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                         )<br>          Plaintiff,           )<br>                                         )<br>     vs.                              )<br>                                         )<br>JOAQUIN RIOS-GONZALEZ,          )<br>                                         )<br>          Defendant.          )<br>_____) | No. 1:10-CR-00350 OWW<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on October 18, 2010,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: October 18, 2010

                                        /s/ OLIVER W. WANGER
                                        HONORABLE OLIVER W. WANGER
                                        U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1